UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
TERRE HAUTE DIVISION

| | | |
|---|---|---|
| BAWANPREET SINGH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | No. 2:26-cv-00509-MPB-MG |
| | ) | |
| WARDEN OF CLAY COUNTY JUSTICE | ) | |
| CENTER, | ) | |
| DEPARTMENT OF HOMELAND SECURITY, | ) | |
| MARKWAYNE MULLIN, | ) | |
| TODD BLANCHE, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

This case is **dismissed** pursuant to Federal Rule of Civil Procedure 41(a)(2) and the

Petitioner's notice of voluntary dismissal. *See* dkt. 6.

**IT IS SO ORDERED.**

Dated:  August 6, 2026

Matthew P. Brookman, Judge
United States District Court
Southern District of Indiana

Distribution:

All Electronically Registered Counsel